IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS EDWARDS,

      Petitioner,

  v.

UNITED STATES OF AMERICA,

      Respondent.

CASE NO. 2:11-CR-229
JUDGE GREGORY L. FROST
MAGISTRATE JUDGE KEMP

**ORDER**

On November 17, 2015, this Court issued an *Order* transferring the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 to the United States Court of Appeals for the Sixth Circuit as successive. (ECF No. 135.) This matter is before the Court on Petitioner's *Motion to Court's Failure to Follow Local Rule to Serve Petitioner.* (ECF No. 137.)

Petitioner states that he did not receive a copy of the Magistrate Judge's *Report and Recommendation* so as to permit him to file an objection. On November 17, 2015, Petitioner advised the Court of his current address, but the docket indicates that notice was delivered to his prior address. (*See* ECF Nos. 133, 134.)

Therefore, the *Order* adopting the *Report and Recommendation* without consideration of an objection (ECF No. 135) is **VACATED.**

Petitioner may file any objection to the Magistrate Judge's *Report and Recommendation* within fourteen days. The failure to do so will result in a waiver of the right to have the district judge review the *Report and Recommendation de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

**IT IS SO ORDERED.**

   **/s/   GREGORY L. FROST**
GREGORY L. FROST
United States District Judge